1
2
3
4
5
6
7

## IN THE UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| Bella's Lingerie, Inc., | Case No. 2:24-cv-03879-MCS-MAR |
|---|---|
| Plaintiff, | **ORDER GRANTING JOINT STIPULATION TO CONTINUE SCHEDULING CONFERENCE (ECF NO. 21)** |
| v. | |
| Shein Distribution Corporation, | |
| Defendants. | |

The Court, having considered the Parties' Joint Stipulation to Continue Scheduling Conference, and good cause existing therefor, ORDERS that:

The Scheduling Conference is continued to September 30, 2024, at 10:00 a.m.

IT IS SO ORDERED.

Dated: September 9, 2024

*Mark C. Scarsi*

Mark C. Scarsi
United States District Judge