Craig Sanders, Esq. (Cal Bar 284397)
SANDERS LAW GROUP
333 Earle Ovington Blvd, Suite 402
Uniondale, NY 11553
Tel: (516) 203-7600
File No.: 129534

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Bella's Lingerie, Inc., | |
| Plaintiff, | |
| v. | **Case No. 2:24-cv-03879-MCS-MAR** |
| SHEIN Distribution Corporation, | |
| Defendant. | |

**NOTICE OF VOLUNTARY DISMISSAL
PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)**

Pursuant to F.R.C.P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the plaintiff and/or plaintiff's counsel, hereby give notice that whereas no party is an infant or incompetent the above-captioned action is voluntarily dismissed without prejudice.

//
//
//
//
//
//



1 | DATED: September 12, 2024

2 | **SANDERS LAW GROUP**

3 | By: */s/ Craig Sanders*
Craig Sanders, Esq.
4 | 333 Earle Ovington Blvd, Suite 402
Uniondale, NY 11553
5 | Tel: (516) 203-7600
Email: csanders@sanderslaw.group
6 | File No.: 129534

7 | *Attorneys for Plaintiff*