Craig Sanders, Esq. (Cal Bar 284397)
SANDERS LAW GROUP
333 Earle Ovington Blvd, Suite 402
Uniondale, NY 11553
Tel: (516) 203-7600
File No.: 129534
*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Bella's Lingerie, Inc., | Case No. 2:24-cv-03879-MCS-MAR |
| Plaintiff, | **STIPULATED NOTICE OF VOLUNTARY DISMISSAL FRCP 41(a)(1)(A)(ii)** |
| v. | |
| SHEIN Distribution Corporation, | Judge: Hon. Mark C. Scarsi |
| Defendant. | Magistrate Judge: Hon. Margo A. Rocconi |
| | Complaint Filed: May 9, 2024 |

**IT IS HEREBY STIPULATED AND AGREED** by and between the undersigned counsel for the parties that pursuant to F.R.C.P. 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, whereas no party is an infant or incompetent the above-captioned action is voluntarily dismissed without prejudice with each side to bear its own attorney's fees and costs.

//

//

//

//

SO STIPULATED

DATED: September 16, 2024

**SANDERS LAW GROUP**

By: /s/ Craig Sanders
Craig Sanders, Esq.
*Attorneys for Plaintiff*

**Benesch Friedlander Coplan & Aronoff LLP**

By: /s/ Sean Li
Sean Li, Esq.
*Attorneys for Defendant*